**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | |
| Joanne Hall, ) | Case No. 25-13295-amc |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

**REQUEST FOR NOTICES**

PLEASE TAKE NOTICE THAT pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

Richard J. Nalbandian
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place, 22nd Floor
Philadelphia, PA 19102
(215)582-7269
rnalbandian@eckertseamans.com

Respectfully submitted,

*/s/ Richard J. Nalbandian*
Richard J. Nalbandian
Pa. I.D. No. 312653
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place, 22nd Floor
Philadelphia, PA 19102
(215)582-7269
rnalbandian@eckertseamans.com